23cr205 kmm/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 113(a)(3) |
| | ) | 18 U.S.C. § 113(a)(6) |
| v. | ) | 18 U.S.C. § 113(a)(7) |
| | ) | 18 U.S.C. § 1151 |
| MARK ALLEN ISHAM, | ) | 18 U.S.C. § 1153(a) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Assault with Dangerous Weapons)

On or about March 19, 2023, in the State and District of Minnesota, and within the exterior boundaries of the Boise Forte Indian Reservation, the defendant,

**MARK ALLEN ISHAM**,

an Indian, did assault C.R.K. with dangerous weapons, to wit: a wooden cane and a knife, with intent to do bodily harm; all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153(a).

## COUNT 2
(Assault Resulting in Serious Bodily Injury)

On or about March 19, 2023, in the State and District of Minnesota, and within the exterior boundaries of the Boise Forte Indian Reservation, the defendant,

SCANNED
MAY 31 2023
U.S. DISTRICT COURT MPLS

*United States v. Mark Allen Isham*

**MARK ALLEN ISHAM**,

an Indian, did assault C.R.K., resulting in serious bodily injury; all in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153(a).

### COUNT 3
(Assault Resulting in Substantial Bodily Injury)

On or about March 19, 2023, in the State and District of Minnesota, and within the exterior boundaries of the Boise Forte Indian Reservation, the defendant,

**MARK ALLEN ISHAM**,

an Indian, did assault C.R.K., a spouse, intimate partner, and dating partner of the defendant, resulting in substantial bodily injury; all in violation of Title 18, United States Code, Sections 113(a)(7), 1151, and 1153(a).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON