UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 23-205 (KMM/LIB) |
|                  Plaintiff,<br>v. | ) <br> ) <br> ) **STATEMENT OF FACTS IN** |
| MARK ALLEN ISHAM, | ) **SUPPORT OF EXCLUSION OF TIME** <br> ) **UNDER THE SPEEDY TRIAL ACT** |
|                  Defendant. | ) |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Mark Allen Isham, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

I understand that currently, my pretrial motions are due to the Court on September 5, 2023, and a motions hearing is scheduled for October 2, 2023. However, I also understand that my attorneys need time to travel to Bois Forte to investigate matters related to the allegations charged against me. I also understand that the government has disclosed discovery in my case, and I will need time to review this discovery with my attorneys to prepare pretrial motions.

Because of this, I agree that additional time is necessary for my attorneys to conduct an investigation in Bois Forte and review discovery with me. I understand that by making this request, this two-week continuance will not count for Speedy Trial calculation purposes.

Based on the above facts, I request that the period of time from now until approximately two weeks from now be excluded from the time in which I would otherwise have to commence trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 9/1/23.  _____
MARK ALLEN ISHAM
Defendant

Dated: 9/1/23  _____
SUCCESS V. CARTER
Attorney ID No. 347952CA
AARON MORRISON
Attorney ID No. 0341241
Attorneys for Mr. Isham
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415