*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
Assistant Defenders

SUCCESS CARTER
Fellow

*MSBA Certified Criminal Law Specialist

March 13, 2024

Honorable Kate M. Menendez
United States District Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re: *United States v. Mark Allen Isham*
      Case No. 23-cr-205 (KMM/LIB)

Dear Judge Menendez,

Counsel has conferred with Mr. Isham and explained that he is entitled to a jury selected from a fair cross-section of the community within the division where the alleged offense occurred, meaning his trial would convene in Duluth, Minnesota. Mr. Isham waives his rights under 28 U.S.C. § 1861 and requests his trial convene in Minneapolis, Minnesota. He understands this means his jurors will be selected from Division 4 (Minneapolis area) rather than Division 5 (Duluth area).

Sincerely,

*Success V. Carter*

SUCCESS V. CARTER
Fellow

AARON MORRISON
Assistant Federal Defender

cc:    Thomas Calhoun-Lopez, AUSA