# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | |
| MARK ALLEN ISHAM | Criminal No. 23-205 (KMM/LIB) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Katherine M. Menendez | Carla J. Baumel<br>Nichole J. Carter<br>Assistant U.S. Attorneys | Aaron Morrison<br>Success Carter<br>Assistant Federal Defenders |
| **TRIAL DATE(S)**<br>June 3, 2024 | **COURT REPORTER** | **COURTROOM DEPUTY**<br>Kathy Thobe |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | 911 Call, March 24, 2023 |
| 2 | | | | | Body Worn Camera Footage, SLCSO Deputy Sean Norland, March 24, 2023 |
| 3 | | | | | Wooden Cane and Packaging |
| 4 | | | | | Stick with knife and Packaging |
| 5 | | | | | Broken Glasses and Packaging |
| 6 | | | | | Sheet with blood and Packaging |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | C. Knott Selected Medical Records, Essentia Health-Virginia |
| 12 | | | | | C. Knott Handwritten Note, March 24, 2024 |
| 13 | | | | | Demonstrative: Map of Bois Forte |
| 14 | | | | | Evidence Collected Items Log, March 31, 2023 |
| 15 | | | | | Photo, C. Knott, March 24, 2023 |
| 16 | | | | | |
| 17 | | | | | Photos C. Knott, March 27, 2023 (4 photos) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 18 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Exterior of House), March 28, 2023 (8 Photos) |
| 19 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Address), March 31, 2023 |
| 20 | | | | | Photo, 1640 Lake Vermillion Reservation Road (FBI Search Document), March 31, 2023 |
| 21 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Exterior of House), March 31, 2023 (3 photos) |
| 22 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Kitchen View), March 31, 2023 (2 Photos) |
| 23 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Living Room/Bed), March 31, 2023 (5 Photos) |
| 24 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Hallway), March 31, 2023 |
| 25 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Bathroom View), March 31, 2023 (3 Photos) |
| 26 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Hallway Back), March 31, 2023 |
| 27 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Orange Back Bedroom), March 31, 2023 (2 Photos) |
| 28 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Blue Back Bedroom), March 31, 2023 (2 Photos) |
| 29 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Stick and Cane on Wall), March 31, 2023 (2 Photos) |
| 30 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Cane Measurement), March 31, 2023 |
| 31 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Cane Handle Measurement), March 31, 2023 |
| 32 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Stick with Knife Measurement), March 31, 2023 (2 Photos) |
| 33 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Tissue with Blood), March 31, 2023 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 34 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Garbage), March 31, 2023 |
| 35 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Bed with Stain), March 31, 2023 (2 Photos) |
| 36 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Garbage with Feces), March 31, 2023 (2 Photos) |
| 37 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Mail), March 31, 2023 (2 Photos) |
| 38 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Identification Cards), March 31, 2023 |
| 39 | | | | | Photo, 1640 Lake Vermillion Reservation Road (View Down Hall from Living Room), March 31, 2023 |
| 40 | | | | | Photos, 1640 Lake Vermillion Reservation Road (Living Room Cabinet with Glasses), March 31, 2023 (2 Photos) |
| 41 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Angle View Bed and Cabinet), March 31, 2023 |
| 42 | | | | | Photo, 1640 Lake Vermillion Reservation Road (Angle View Bed and Television), March 31, 2023 |
| 43 | | | | | Known DNA Swab, C. Knott and Packaging |
| 44 | | | | | |
| 45 | | | | | FBI Laboratory Chain of Custody Log |
| 46 | | | | | FBI DNA Casework Unit Chain of Custody Log |
| 47 | | | | | C. Knott Selected Medical Records Blue Water Oral and Facial Surgery f/k/a/ Oral and Maxillofacial Surgical Associates |
| 48 | | | | | M. Isham Certificate(s) of Indian Blood |
| 49 | | | | | |
| 50 | | | | | |
| 51 | | | | | Certified conviction documents, United States District Court – District of Minnesota |
| 52 | | | | | |
| 53 | | | | | |
| 54 | | | | | Certificate of Authenticity, Essentia Health |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 55 | | | | | Certificate of Authenticity, Blue Water Oral and Facial Surgery f/k/a/ Oral and Maxillofacial Surgical Associates |
| 56 | | | | | Certificate of Authenticity, St. Louis County Sheriff's Office |
| 57 | | | | | Certificate of Authenticity, Bois Forte Tribal Government |
| 58 | | | | | Toll Records - Summary |
| 59 | | | | | Bedding and Packaging |
| 60 | | | | | Tissue and Packaging |
| 61 | | | | | |
| 62 | | | | | FBI Chain of Custody Documents |
| 63 | | | | | BWC Still Shot M. Isham (2 Photos) |
| 64 | | | | | |
| 65 | | | | | Stipulations of the Parties |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |