# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL – Day 5

UNITED STATES OF AMERICA,

                Plaintiff,

v.

Mark Allen Isham,

                Defendant(s).

**COURT MINUTES**
BEFORE: Katherine M. Menendez
U.S. District Judge

| | |
|---|---|
| Case No: | 23-cr-205 (KMM/LIB) |
| Date: | 6/7/24 |
| Court Reporter: | Paula Richter |
| Courthouse: | Minneapolis |
| Courtroom: | 14W |
| Time Commenced: | 8:30 a.m. / 2:26 p.m. |
| Time Concluded: | 11:00 a.m. / 2:34 p.m. |
| Time in Court: | 2 Hours & 38 Minutes |

**APPEARANCES:**

Plaintiff: Carla Baumel, Nichole Carter, Assistant U.S. Attorney
Defendant(s): Aaron Morrison, Success Carter  X FPD

**PROCEEDINGS:**

X **JURY Trial Held.**
X Closing arguments.
X Instruction conference.
X Jury received case at 10:52 a.m.

X Verdict Rec'd at 2:30 p.m.
    X Guilty as to Count 2 & 3.
    X Not Guilty as to Count 1.

**IT IS ORDERED:**

X Clerk to file verdict.
X Presentence Investigation and Report requested.
X Defendant remains in the custody of the U.S. Marshal.

**CLERK'S USE ONLY:**

X Number of trial days with evidence - 3.
X Exhibits returned to counsel or parties.

                                        s/ *KAT*
                                        Judicial Assistant/Courtroom Deputy