UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 23-CR-205 (KMM/LIB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STATEMENT OF REDACTION** |
| MARK ALLEN ISHAM, | ) | |
| Defendant. | ) | |

In accordance with Local Rule 5.5, I have reviewed the transcript filed on September 30, 2024 in the above-captioned matter and have located personal data identifiers (PDI) in the transcript that must be redacted pursuant to Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1. I hereby request the court reporter to redact the following PDI in the transcript:

| **Description of PDI to be Redacted** | **Page and Line Number of PDI to be Redacted** | **Redacted PDI to Read As** |
|---|---|---|
| Address | Page 9, Line 3 | XXXX XXXX XXXXXXXXXX XXXX |

I understand that the redacted version of the transcript will be filed within 31 days of the date the original transcript was filed, but that the court reporter will not provide me with a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be remotely electronically available to the public.

Dated: October 22, 2024                     Respectfully submitted,

*s/ Aaron J. Morrison*

_____
AARON J. MORRISON
Attorney No. 0341241
Attorney for Mr. Isham
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415