# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | | |
| | ) | Case No: | 23-cr-205 (KMM/LIB) |
| | ) | Date: | 11/1/2024 |
| v. | ) | Court Reporter: | Paula Richter |
| | ) | Courthouse: | Duluth |
| Mark Allen Isham, | ) | Courtroom: | 1 |
| | ) | Time Commenced: | 11:02 a.m. |
| Defendant. | ) | Time Concluded: | 1:03 p.m. |
| | | Time in Court: | 1 Hour & 1 Minute |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:    Carla Baumel
   For Defendant:  Aaron Morrison   X FPD

**X Sentencing.**
X Hearing held on objections to the presentence report.

IT IS ORDERED that Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | | X | 70 months | | 3 years | | |
| 3 | | X | 70 months | | 3 years | | |

The terms of BOP on counts 2 & 3 are to run concurrently.

The terms of Supervised Release on Counts 2 & 3 are to run consecutively.

**See J&C for special conditions**

X Defendant sentenced to pay:
   X Restitution in the amount of $800.00.
   X Special assessment in the amount of $200.00 to be paid immediately.

X Motion for upward departure (ECF no. 117) is granted in part.
X Defendant remains in the custody of the U.S. Marshal.
X Docket nos. 115, 120, 123, 132, and 133 shall remain sealed until November 1, 2044.

s/KAT
Courtroom Deputy